

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS,
EASTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 20 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

KAMI VAN DYKE                                           PLAINTIFF

VS.                    NO. 3:06CV29WRW

CITY OF BLYTHEVILLE, ARKANSAS, MAYOR
BARRETT HARRISON, INDIVIDUALLY,
AND IN HIS OFFICIAL CAPACITY,
ALICE BUMPASS,
INDIVIDUALLY, AND IN HER OFFICIAL CAPACITY,
and CHIEF ROYCE CARPENTER,
INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY          DEFENDANTS

### ORDER OF NONSUIT

On this date comes on to be heard the voluntary motion to nonsuit the above matter filed herein by plaintiff pursuant to Rule 41 of the Federal Rules of Civil Procedure. After consideration of said Motion, the Court finds that the Motion has merit and the same should be and hereby is GRANTED.

IT IS HEREBY ORDERED and ADJUDGED that this dismissal be, and the same hereby is WITHOUT PREJUDICE.

IT IS SO ORDERED.

_____
Honorable William R. Wilson, Jr.

APPROVED AS TO FORM:

_____
Bill Stanley, Attorney for Plaintiff

_____
Robert Beard, Attorney for Defendant